UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LEVI GREENUP** | **CIVIL ACTION NO.  13-0392** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHAD LEE, ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 44] of the Magistrate Judge having been considered, together with the Defendants' written objections [Doc. No. 45] and Plaintiff's response [Doc. No. 46] thereto, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Chad Lee's, Gerald McMurry's, William Guimbellot's, and Arlandus White's motion for summary judgment [Doc. No. 18] is DENIED.

IT IS FURTHER ORDERED that Jerry Goodwin's motion for summary judgment [Doc. No. 23] is GRANTED, and Plaintiff's claims against Jerry Goodwin are DENIED AND DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 5th day of February, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE