UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LEVI GREENUP | CIVIL ACTION NO. 13-0392 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHAD LEE, ET AL. | MAG. JUDGE JAMES D. KIRK |

### JUDGMENT

Having considered the Supplemental Report and Recommendation of the Magistrate Judge [Doc. No. 61], the objections and responses thereto [Doc. Nos. 62 & 68], and the entire record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Court ADOPTS the Supplement Report and Recommendation and FINDS that Plaintiff has exhausted his administrative remedies against Defendants.

MONROE, LOUISIANA, this 5th day of May, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE