UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LEVI GREENUP | CIVIL ACTION NO. 13-0392 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHAD LEE, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, to the extent adopted by the Court, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Partial Summary Judgment [Doc. No. 96] is GRANTED IN PART and DENIED IN PART. To the extent that Defendants move for dismissal of the claims against Defendant Captain Gerald McMurray ("McMurray") and for dismissal of Plaintiff Levi Greenup's ("Greenup") request for injunctive relief, the motion is GRANTED. All claims against McMurray are DISMISSED WITH PREJUDICE. Greenup's request for injunctive relief is also DISMISSED WITH PREJUDICE as MOOT. The motion is otherwise DENIED.

MONROE, LOUISIANA, this 20th day of February, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE