UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LEVI GREENUP** | **CIVIL ACTION NO. 13-0392** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHAD LEE, ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 120] having been considered, together with the objections to the Report and Recommendation and the responses to the objections [Doc. Nos. 124 & 137], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Defendant Warden Chad Lee's Motion for Partial Summary Judgment [Doc. No. 115] is DENIED.

MONROE, LOUISIANA, this 14th day of July, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE